

# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1822-CC03532 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SIDNEY KEYS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SIDNEY KEYS<br>1501 TRAMPE<br>SAINT LOUIS, MO 63138 | |
| Defendant/Respondent:<br>UNITED STATES POSTAL SERVICE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: UNITED STATES POSTAL SERVICE
Alias:
1720 MARKET ST
SAINT LOUIS, MO 63101

**SHERIFF'S FEE PAID**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**May 31, 2018**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____    _____
                              Date                    Notary Public

**Sheriff's Fees**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $ 10.00
Mileage                              $_____ (_____ miles @ $_____ per mile)
Total                                $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

SIDNEY KEYS SSN# [redacted]
1501 TRAMPE AVE
SPANISH LAKE MO 63138

Petitioner

CATHY VAUGHN/JEAN KLAUS
POSTMASTER ST. LOUIS CITY MO.
1720 MARKET ST.
ST. LOUIS MO 63101

Respondent

Cause No. 1822-CC03532

Division

FILED 2018 MAY 25 PM 3:47
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
CASHIER GB CLERK

① FAILURE TO PAY SIDNEY KEYS HIS PROPER DISABILITY PAYMENT FOR 27 YEARS OF FEDERAL SERVICE, I BECAME DISABLED AT THE FLORISSANT POST OFFICE ON 12-15-09, A POSTAL INJURY, MY BASE PAY AT THE TIME OF BECOMING DISABLED AT 100% WAS APPROXIMATELY $65,000. PER YEAR. THE POSTAL SERVICE IS ONLY PAYING ME APPROXIMATELY $1,100.00 PER MONTH, THEY ARE IN THE REAR OF APPROXIMATELY 300,000.

② FAILURE TO PAY MYSELF WORKMENSCOMP FOR PTSD AND (ADD) & A ROTATOR CUFF SURGERY, POSTAL INJURY AND U.S. LABOR DEPARTMENT APPROVED OPERATION ON MARCH 18, 2010 BY DR. KEITH ODEGARD THAT ALSO LEFT MYSELF MEDICALLY CASTRATED IN MY GENITAIL AREA AND MY NASAL CAVITY COMPROMISED TO CERTAIN SMELLS. THE SURGERY OCCURRED AFTER HOURS AT THE MASON SURGERY CENTER. BEVERLY DIGGARD AND AMY WOODSON WAS PRESENT DURING THE SURGERY.

The above petitioner swears that the above information is true and correct based on his/her best information. I AM SUING FOR $1.5 MILLION DOLLARS

_____     _____
Commission Expires              Notary

NOTE * DR. KEITH ODEGARD PURPOSELY CUT MY RIGHT BICEP WHICH WAS NOWHERE NEAR MY MICROSCOPIC (R) SHOULDER OPERATION (POSSIBLE HATE CRIME)

*[Signature]* Sidney Keys
SIDNEY KEYS

Sworn to and subscribed before me this 25 day of MAY, 20 18.
Witness my hand and official seal.
Notary Public *[Signature: Larry Jackson]*

LARRY JACKSON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: July 24, 2020
Commission Number: 12345289